UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR14-211 RSM |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JADEDON M. PARKER, | ) | |
| Defendant. | ) | |

<u>Offenses charged</u>:

Two counts of Felon in Possession of Firearms

(two different dates, three different firearms)

<u>Date of Detention Hearing</u>:   July 17, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant and his counsel did not oppose the entry of an order of detention.

(2) The Washington Department of Corrections reports defendant is a gang member.

(3) His record includes convictions for a drive-by shooting and various assaults and harassment.

(4) He also has failed to appear on several occasions, resulting in the issuance of bench warrants.

(5) Defendant has not submitted to an interview with this court's pretrial services officer, thus impeding the court's ability to secure information relevant to the issue of his release on conditions.

(6) The court concurs in the recommendation of the Pretrial Services Office that defendant be detained.

(7) If there is new information which meets the standard of 18 USC ¶3142(f), defendant may move to reopen the detention issue.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17 day of July, 2014.

John L. Weinberg
United States Magistrate Judge