UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR14-00211RSM |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| JADEDON M. PARKER, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the unopposed motion by the defense to continue the trial and the pretrial motions deadline, the records and files herein, the Court hereby makes the following findings:

1.  Based on the facts set forth in the unopposed motion, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DUE DATE - 1
(*Jadedon M. Parker*; CR14-00211RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

benefit from those efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

     IT IS THEREFORE ORDERED that the trial date for Mr. Parker is continued from September 22, 2014, to December 8, 2014.  Pretrial motions shall be filed by November 10, 2014.

     It is further ORDERED that this period of delay from the date of this order through December 8, 2014, will be excludable time under the Speedy Trial Act under Title 18, U.S.C. § 3161(h)(7)(A).

     DATED this 12th day of September 2014.

                                              RICARDO S. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Paula Semmes Deutsch*
Paula Semmes Deutsch, WSBA No. 23940
Attorney for Jadedon M. Parker

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
AND PRETRIAL MOTIONS DUE DATE - 2
(*Jadedon M. Parker*; CR14-00211RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**